IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:18-CR-00037-FL-2

UNITED STATES OF AMERICA

v.

CHRISTOPHER BROWN,
        Defendant.

ORDER

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Motion (D.E. 251) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

So ORDERED, the 3rd day of January, 2020.

LOUISE WOOD FLANAGAN
U.S. DISTRICT JUDGE